UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADAM FRADELLA,<br><br>Plaintiff,<br><br>vs.<br><br>HENDERSON POLICE DEPARTMENT; CITY OF HENDERSON; DOE POLICE OFFICERS I-XX; JOHN DOES I-XX; and MUNICIPAL ROES I-X,<br><br>Defendants. | Case No : 2:09-cv-00680-LRH-PAL |

## STIPULATION AND ORDER FOR STAY

IT IS HEREBY STIPULATED and AGREED, by and between Plaintiff ADAM FRADELLA by and through his attorney of record, Rusty Graf, Esq., and Defendants HENDERSON POLICE DEPARTMENT and CITY OF HENDERSON by and through their attorney of record, Ron Sailon, Assistant City Attorney, that the above-referenced case be, in the interest of justice, stayed pending resolution of the criminal cases currently pending against Adam Fradella in both the Henderson Municipal Court, Case No. 08 CR00006 and the Eighth Judicial District Court, case No. C251932, the former of which is scheduled for a status check (re: case in Eighth Judicial District Court) on October 5, 2009 at 10:00 a.m. in

1 | Department 2, and the latter of which is scheduled for a calendar call on September 24, 2009
2 | at 9:30 a.m. and a jury trial on September 28, 2009 at 10:30 a.m. in Department 2.
3 |     The reasons for the stay are that (1) the civil case and the criminal cases stem from the
4 | same incident and facts, (2) neither the Plaintiff or Defendant will be burdened or prejudiced
5 | by the stay, and (3) a stay is necessary to avoid the Plaintiff potentially having to incriminate
6 | himself in the civil case to the detriment of his ability to defend himself in the criminal case.
7 |
8 |     DATED this 27th day of April, 2009.
9 | CITY OF HENDERSON                          FELDMAN GRAF
   | SHAUNA M. HUGHES, City Attorney
10 |
11 |
12 | Ron Sailon                                 Rusty Graf, Esq.
   | Assistant City Attorney                   Nevada Bar No. 6322
13 | Nevada Bar No. 1451                        8515 Edna Avenue, #110
   | 240 Water Street                           Las Vegas, Nevada 89117
14 | PO Box 95050, MSC 144                      Attorney for Plaintiff
   | Henderson, Nevada 89009-5050
15 | Attorney for Defendants

## ORDER

Based upon the foregoing Stipulation by the parties and good cause appearing therefore, it is hereby:

...

...

...

...

...

...

...

...

...

2

ORDERED, ADJUDGED and DECREED that a stay of this case shall be in effect until, and Defendant's answer shall be due by no later than, October 13, 2009.

DATED this 28th day of April, 2009.

*/s/ signature*

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE