UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADAM FRADELLA, | CASE NO.: 2:09-CV-680 |
| Plaintiff | JOINT STATUS REPORT |
| vs. | AND ORDER |
| CITY OF HENDERSON; DOE POLICE OFFICERS I-XX; JOHN DOES I-XX; and MUNICIPAL ROES I-X, | |
| Defendants. | |

Plaintiff, ADAM FRADELLA ("Plaintiff"), by and through his attorney of record, RUSTY GRAF, ESQ., of the law firm of FELDMAN GRAF, P.C., and Defendant, CITY OF HENDERSON, by and through their attorney of record, Nancy D. Savage, Esq., of the City Attorney's Office, in accordance with the Court's Minute Order in Chambers, the parties submit the following Joint Status Report:

1. **STATUS OF ACTION**:

The status of the two criminal cases in Henderson Municipal Court and the Clark County District Court, Eighth Judicial District Court is that they have been resolved. The Order resolving the same has only been placed on the record in the District Court action, therefore, the stay is still appropriate until the previously reported January 26, 2010 date. Specifically, the Municipal Court case is being dismissed pursuant to the settlement negotiation of the District Court case. The District Court case has been resolved with an entry of a nolo contendere plea to a disturbing the

peace charge, which the actual action and/or interaction between the Plaintiff and the various agents of the Defendants has been specifically stated on the record at that entry of plea.

2. **REQUEST FOR COURT ACTION:**

The parties anticipate that the criminal case will be finalized in January 2011, and as a result, a further extension of the stay will be unnecessary. Upon expiration of the stay, Defendant City of Henderson will respond to the First Amended Complaint within the time that remained when the stay issued. The parties will timely confer and prepare a Discovery Plan and submit it to the Court.

3. **ATTACHMENTS:**

None at this time.

Dated this 11th day of January, 2011

**FELDMAN GRAF, P.C.**

By: /s/ Rusty Graf, Esq.
Rusty Graf, Esq.
Nevada Bar No. 6322
8515 Edna Avenue, Suite 110
Las Vegas, Nevada 89117
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
E-Mail: rgraf@feldmangraf.com
*Attorneys for Plaintiff Adam Fradella*

Dated this 11th day of January 2011

**THE CITY OF HENDERSON**

By: _____
Nancy Savage, Esq.
**Assistant City Attorney**
240 Water Street, P.O. Box 95050
Henderson, Nevada 89009
Telephone: (702) 267-1200
Facsimile: (702) 267-1201
E-Mail: nsavage@cityofhenderson.com
*Attorneys for Defendant City of Henderson*

**IT IS SO ORDERED.**

DATED this 15th day of January, 2011.

Submitted by:

**FELDMAN GRAF, P.C.**

By: _____
Rusty Graf, Esq.
Nevada Bar No: 6322
8515 Edna Avenue, Suite 110
Las Vegas, Nevada 89117
Attorneys for Plaintiff
ADAM FRADELLA

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE