1

2

3

4

5              UNITED STATES DISTRICT COURT

6                    DISTRICT OF NEVADA

7                           * * *
                              )
8    ADAM FRADELLA,           )
                              )
9              Plaintiff,     )        2:09-cv-0680-LRH-PAL
                              )
10   v.                       )
                              )        ORDER
11   CITY OF HENDERSON; et al.,)
                              )
12             Defendant.     )
   _____)

13

14        Before the court is the Henderson Police Department's ("HPD") motion to dismiss.

15   Doc. #33. HPD contends that it is not a separate political subdivision of the City of Henderson and,

16   therefore, is not capable of being sued as a separate legal entity. The court agrees.

17        Because plaintiff Adam Fradella has named the proper legal entity, the City of Henderson,

18   as a defendant, the court shall grant HPD's motion to dismiss.

19

20        IT IS THEREFORE ORDERED that defendant's motion to dismiss (Doc. #33) is

21   GRANTED. Defendant Henderson Police Department is DISMISSED as a defendant in this action.

22        IT IS SO ORDERED.

23        DATED this 10th day of August, 2011.

24

25        _____
                   LARRY R. HICKS
26                 UNITED STATES DISTRICT JUDGE